RLS/amm

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  DREW HARDWARE, LLC, | ) | |
| Plaintiff, | ) ) ) ) | |
| vs. | ) ) | No. CIV-14-00845-R |
| (1)  HARTFORD FIRE INSURANCE CO.; | ) ) ) ) | |
| (2)  SENTINEL INSURANCE COMPANY, LTD., | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Drew Hardware, LLC, and the defendants, Hartford Fire Insurance Co. and Sentinel Insurance Company, Ltd., hereby stipulate that the above styled and numbered cause should be dismissed with prejudice to the refiling of the same. All parties are to bear their own costs, fees, and attorney's fees.

Respectfully submitted.

WIGGINS SEWELL & OGLETREE

/s/ Randall L. Sewell
Randall L. Sewell   OBA No. 10953
Anderson J. Dark   OBA No. 31975
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK 73102
405/232-1211
405/235-7025 (fax)
rsewell@wsolaw.net
adark@wsolaw.net

Attorneys for Defendants,
Hartford Fire Insurance Co., and
Sentinel Insurance Company, Ltd.

THE LAW OFFICES OF MARK S. COOPER

/s/ Mark S. Cooper
Mark S. Cooper   OBA No. 12614
225 N. Peters, Suite 8
Norman, OK 73069
405/292-7600
405/366-7657 (fax)
cooperlaw@coxinet.net

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June 2015, I electronically transmitted this document to the Clerk of the Court using ECF System. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

>Mark S. Cooper
>The Law Offices of Mark S. Cooper
>225 N. Peters, Suite 8
>Norman, OK 73069
>405/292-7600
>405/366-7657 (fax)
>cooperlaw@coxinet.net
>
>Attorney for Plaintiff

/s/ Randall L. Sewell
Randall L. Sewell